McLEAN v. BULLARD. Scotland County. *H. H. McLen-*

MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

*don,* for plaintiff; *J. A. Lockhart,* for defendant. *Per Curiam.* Affirmed.